IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY KAYE HOOKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:05-CV-982-GET |
| FULTON COUNTY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

COME NOW Defendants Fulton County, Georgia ("the County"), Atlanta-Fulton Public Library System ("AFPL") and Thomas Andrews, individually and in his official capacity as County Manager and, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, make and file this their Motion for Partial Judgment on the Pleadings.  By this Motion, Defendants seek dismissal of Count II of Plaintiff's Complaint.

In support of this Motion, Defendants show the Court that Count II of Plaintiff's Complaint is impermissibly duplicative of Court I, and, as such, should not be treated as an independent claim.  For this reason, which is more fully described in the Memorandum of Law in Support of Defendant's Motion to Dismiss, submitted herewith, Defendants respectfully request that his court grant their Motion for Partial Judgment

on the Pleadings and enter an appropriate order dismissing Count II of Plaintiff's Complaint.

Respectfully submitted, this  11th  day of May, 2005.

                                             /s/R. Read Gignilliat
                                             R. Read Gignilliat
                                             Georgia Bar No. 293390
                                             Amy Snell Auffant
                                             Georgia Bar No. 665732

ELARBEE, THOMPSON, SAPP & WILSON, LLP
229 Peachtree Street, NE
800 International Tower
Atlanta, Georgia 30303
(404) 659-6700 (telephone)
(404) 222-9718 (facsimile)

                                             /s/Willie J. Lovett, Jr.
                                             Willie J. Lovett, Jr.
                                             Georgia Bar No. 459585
                                             Paula Morgan Nash
                                             Georgia Bar No. 528884

Office of the Fulton County Attorney
141 Pryor Street, Suite 4038
Atlanta, GA 30303
404-730-7750 (telephone)
404-730-6540 (facsimile)

Attorneys for Defendants

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

MARY KAYE HOOKER,              )
                               )
    Plaintiff,                 )
                               )
v.                             )   CIVIL ACTION NO.
                               )   1:05-CV-982-GET
FULTON COUNTY, et al.          )
                               )
    Defendants.                )

## CERTIFICATE OF SERVICE

I hereby certify that on May 11th 2005, I served **DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** by placing same in a postage-paid envelope and placing it in first class United States Mail addressed as follows:

    Larry A. Pankey, Esq.
    Miles, McGoff & Moore, LLC
    4360 Chamblee Dunwoody Road, Suite 400
    Atlanta, GA 30341-1055

This  __11th__  day of May, 2005.

                                            /s/R. Read Gignilliat
                                            R. Read Gignilliat

ELARBEE, THOMPSON, SAPP & WILSON, LLP
229 Peachtree Street, NE
800 International Tower
Atlanta, Georgia 30303
(404) 659-6700 (telephone)
(404) 222-9718 (facsimile)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY KAYE HOOKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:05-CV-982-GET |
| FULTON COUNTY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2005, I electronically filed **DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record who was served with same on May 11, 2005 by first class United States Mail addressed as follows:

>Larry A. Pankey, Esq.
>Miles, McGoff & Moore, LLC
>4360 Chamblee Dunwoody Road, Suite 400
>Atlanta, Georgia  30341-1055

>/s/R. Read Gignilliat
>R. Read Gignilliat

ELARBEE, THOMPSON, SAPP & WILSON, LLP
229 Peachtree Street, NE
800 International Tower
Atlanta, Georgia 30303
(404) 659-6700 (telephone)
(404) 222-9718 (facsimile)

Attorneys for Defendants