## Alexander Gallo Associates, LLC
### COURT REPORTING     VIDEO SERVICES
### TRIAL PRESENTATIONS
ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777
www.galloreporting.com

**REMIT TO:**
Alexander Gallo & Associates, Inc.
Post Office Box 550654
Atlanta, Georgia 30355

AMY SNELL AUFFANT, ESQ.
ELARBEE, THOMPSON, SAPP & WILSON
800 INTERNATIONAL TOWER
229 PEACHTREE STREET N.E.
ATLANTA, GA 30303

# Invoice #40348

| Date | Terms |
|------|-------|
| 03/14/2006 | NET 30 |

| Assignment | Case | Gallo File # | Shipped | Shipped Via |
|------------|------|--------------|---------|-------------|
| 03/04/2006 | HOOKER, MARY KAYE vs. FULTON COUNTY | 13453 | 03/13/2006 | COURIER |

**Description**

**Original Transcript of MARY KAYE HOOKER**

|  |  |
|--|--|
| Amount Due: | $ 1,561.15 |
| Paid: | $ 0.00 |

| Balance Due: | $ 1,561.15 |
|--------------|------------|
| Payment Due: | Upon Receipt |

***DISCOUNTED RATES APPLIED***

Terms: Payable upon receipt. 1.5% per month.
Accounts unpaid after a reasonable period of time
that are sent to collections agree to pay all collection
costs, including contingency fee paid to attorney.

ax Number:
20-4254161

## Method of Payment
☐ Check Enclosed
   Please Make Check Payable To:

**Alexander Gallo & Associates, LLC**

☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Credit Card Number

Charge My Credit Card

☐ VISA  ☐ MasterCard
☐ American Express

☐☐☐☐ ☐☐☐☐
                Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

# Professional Court Reporters LLC

1579F Monroe Drive #105
Atlanta, Georgia  30324-5022
(404) 352-9599 Phone   (404) 352-3223 Fax
Tax ID: 03-0396895

April 6, 2006

Amy Snell Auffant, Esquire
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303

| Invoice Number |
| :---: |
| **206156** |

**Re:**   Mary Kaye Hooker vs. Fulton County, et al.

Description of Services

Deposition of Garland Keith Mitchell -
3/22/06

|  | Invoice total: | $282.90 |
| --- | --- | --- |

\*\*\*$311.19 due after 5/6/06

Invoice includes transcript copy, mini, extra mini (no chg), exhibits, original held for
signature

Reporter:  Krista Capik, RPR, CCR

Payable upon receipt.  Thank you for your business!

\*\*MasterCard and Visa accepted.\*\*

# Professional Court Reporters LLC
### 1579F Monroe Drive #105
### Atlanta, Georgia  30324-5022
### (404) 352-9599 Phone   (404) 352-3223 Fax
### Tax ID: 03-0396895

April 6, 2006

Amy Snell Auffant, Esquire
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303

| **Invoice Number** |
| :---: |
| **206158** |

**Re:**   Mary Kaye Hooker vs. Fulton County, et al.

Description of Services

Deposition of Robert David Ware -
3/27/06

| | |
| :--- | ---: |
| **Invoice total:** | **$155.85** |

***$171.44 due after 5/6/06

Invoice includes transcript copy, mini, exhibits, original held for signature

Reporter:  Krista Capik, RPR, CCR

Payable upon receipt.  Thank you for your business!

**MasterCard and Visa accepted.**

March 24, 2006

Amy Snell Auffant, Esquire
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303

| Invoice Number |
| :---: |
| **206137** |

**Re:**   Mary Kaye Hooker vs. Fulton County, et al.

Description of Services
Deposition of Robert O. Brandes Jr. -
3/13/06

|  | Invoice total: | **$167.15** |
| --- | --- | --- |

***$183.87 due after 4/24/06

Invoice includes transcript copy, mini, exhibits, original held for signature

Reporter:  Krista Capik, RPR, CCR

Payable upon receipt.  Thank you for your business!

**MasterCard and Visa accepted.**

# Professional Court Reporters LLC
1579F Monroe Drive #105
Atlanta, Georgia  30324-5022
(404) 352-9599 Phone   (404) 352-3223 Fax
Tax ID: 03-0396895

May 1, 2006

Amy Snell Auffant, Esquire
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303

> **Invoice Number**
> **206178**

**Re:**   Mary Kaye Hooker vs. Fulton County, et al.

Description of Services

Deposition of Thomas C. Andrews -
4/14/06

**Invoice total:**          **$255.00**

***$280.50 due after 6/1/06

Invoice includes transcript copy, mini, extra mini (no chg), e-transcript, exhibits, original
held for signature

Reporter:  Olivia Virtuoso, RPR, CCR

Payable upon receipt.  Thank you for your business!

**MasterCard and Visa accepted.**



**Document Efficiency
At Work."**

**INVOICE**

| | |
|---|---|
| Invoice # | ATL05110585 |
| Invoice Date: | 11/30/2005 |
| Due Date: | 12/10/2005 |
| Terms: | Net 10 Days |
| Customer Code: | ATL-ELAR |
| Natl ID: | 53236 |

IKON Office Solutions - Atlanta, GA
Phone: (770) 326-4410      Fax:
Federal ID:   230334400

**SOLD TO:**

**ELARBEE THOMPSON SAPP & WILSON**
229 PEACHTREE STREET
ATLANTA, GA 30303

**SHIP TO:**

**ELARBEE THOMPSON SAPP & WILSON**
229 PEACHTREE STREET
ATLANTA, GA 30303

Price using: STANDARD Price

Attn: DIAN PETERS

| Reference / Case #<br>19905 | Reference 2<br>CLAY MINGUS | Reference 3 | Account Manager<br>Jennifer Albright |
|---|---|---|---|

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0511-0524 | 11/29/2005 | DIAN PETERS - ELARBEE THOMPSON SAPP & WILSON | | | |
| | | 11x17 B&W Copies | 4.00 | 0.350 | 1.40 |
| | | Oversize B&W (sq/ft) | 11.00 | 1.250 | 13.75 |
| | | B&W Copies E - Glasswork | 2,635.00 | 0.180 | 474.30 |
| | | B&W Copies D - Heavy Litigation | 9,381.00 | 0.150 | 1,407.15 |

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized
and received. The party above assures payment of this invoice within 10 days. Interest
at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on
invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection
of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,896.60 |
| Sales Tax. | 151.73 |
| Non-Taxable: | 0.00 |
| Postage, | 0.00 |
| Delivery: | 9.00 |
| **PAY THIS AMOUNT** | **2,048.33** |

Received and Approved by: _____      Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.